**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for **Candace J. Martin**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE J. MARTIN,<br><br>    Plaintiff,<br><br>    v<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No. SACV 09-798-MLG<br><br>ORDER AWARDING EAJA<br>FEES AND COSTS |

Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS and NO CENTS ($2,700.00) and costs in the amount of NINETEEN DOLLARS and NINETY-EIGHT CENTS ($19.98), as authorized by 28 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the Stipulation.

Dated: March 4, 2010

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

1